U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT** 2016 MAR 14  AM 11: 58
**FOR THE DISTRICT OF MARYLAND**

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

|  |  |
|---|---|
| **PIEPER, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:15-cv-02457-CBB** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAR 1 1 2016

UNITED STATES DISTRICT JUDGE

### PLAINTIFFS' ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs in the above-captioned matter respectfully move this Honorable Court for an enlargement of the time for filing their Opposition to the pending Motion to Dismiss (Doc't. No 20, *et seq*) pursuant to LR 105 2(a), until and including March 28, 2016.

Plaintiffs' counsel has conferred with counsel for the defense, Matthew Kundinger, prior to this filing, and Mr. Kundinger has assented to this motion.

Dated:  March 11, 2016

Respectfully Submitted,

_____/s/ Michael R. Hugo_____          _____/s/ Christopher T. Nace_____
Michael R. Hugo, Esq., *Pro hac vice*          PAULSON & NACE, PLLC
LAW OFFICE OF HUGO & ASSOCIATES,PLLC          1615 New Hampshire Ave. NW
1 Catherine Rd.          Washington, DC  20009
Framingham, MA 01701          Tel: (202) 463-1999
Tel.  (617) 448-4888          Fax: (202) 223-6824
Fax. (617) 607-9655          ctnace@paulsonandnace.com
*Counsel for Plaintiffs.*